# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>THE SWATCH GROUP (U.S.) INC. d/b/a BREGUET, a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>                    Defendants. | Case No. 2:20-cv-02462-JAM-DB<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DEFENDANT THE SWATCH GROUP (U.S.) INC.'S TIME TO RESPOND TO INITIAL CLASS ACTION COMPLAINT**<br><br>Complaint served:        12/18/2020<br>Current response date:   1/8/2021<br>New response date:       2/8/2021 |

999998.02977/124658160v.1

**ORDER**

The Court, having reviewed the parties' stipulation and finding good cause therefor, hereby ORDERS as follows:

Defendant THE SWATCH GROUP (U.S.) INC. d/b/a BREGUET will file its response to the Complaint in this action on or before February 8, 2021.

IT IS SO ORDERED.

Dated: January 7, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

999998.02977/124658160v.1

ORDER GRANTING JOINT STIPULATION TO EXTEND DEFENDANT THE SWATCH GROUP (U.S.) INC.'S TIME TO RESPOND TO INITIAL CLASS ACTION COMPLAINT