# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE SWATCH GROUP (U.S.) d/b/a BREGUET, a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-02462-JAM-DB<br><br>**ORDER GRANTING STIPULATED REQUEST FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br><br>Complaint filed: December 11, 2020 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Upon due consideration, good cause appearing, the Court **DISMISSES** this action with prejudice as to the case in its entirety. Each party shall bear its own costs, experts' fees, attorneys' fees, and attorneys' expense. The Clerk of Court is **DIRECTED** to terminate all pending motions and deadlines, and **CLOSE** the case.

**IT IS SO ORDERED.**

Dated: June 22, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE